# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM BOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05-CV-2404-AGF |
| | ) |
| GENE STUBBLEFIELD, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL
### PURSUANT TO
### 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 17th day of January, 2006.

_____
**UNITED STATES DISTRICT JUDGE**